AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Pedro SIERRA-Morales | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2025__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States near Laredo, Texas the said Defendant having not obtained the consent of the United States Attorney General (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about October 12, 2025 the defendant Pedro SIERRA-Morales was apprehended near Laredo, Texas. After a brief interview it was determined that, Pedro SIERRA-Morales was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Pedro SIERRA-Morales was previously REMOVED from the United States on 04/16/2019 at Del Rio, TX. There is no record that Pedro SIERRA-Morales has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Arely G. Molina
*Complainant's signature*

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Arely Molina sworn to and signature attested telephonically on October 14, 2025, at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE